**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
ELHADJ AMADOU DIALLO,                          :
                        Petitioner,            :
                                               :        25-CV-5367 (GHW) (OTW)
        -against-                              :
                                               :        ORDER
PAUL ARTETA, et al.,                           :
                                               :
                        Respondents.           :
                                               :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

Elhadj Amadou Diallo has petitioned this court for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. Upon review of that Petition and the Docket, Respondents are **ORDERED** to file and serve a response to the Petition by **Tuesday, July 22, 2025**. Petitioner may file and serve a reply, if any, by **Thursday, July 31, 2025**.

The Clerk of Court is respectfully directed to serve a copy of this Order and the underlying Petition on Respondents.

**SO ORDERED.**

Dated: July 1, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge