UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELHADJ AMADOU DIALLO,

Petitioner,

-against-

PAUL ARTETA, *et al.*,

Respondents.

No. 25 Civ. 5367 (GHW) (OTW)

**STIPULATION AND ORDER**

WHEREAS, Elhadj Amadou Diallo ("Petitioner"), a noncitizen in removal proceedings, brought this habeas corpus action under 28 U.S.C. § 2241 challenging his detention by U.S. Immigration & Customs Enforcement;

WHEREAS, based on the specific facts and circumstances of this case, and without conceding the merits of this case, and without waiver or prejudice to the government's ability to defend its detention authority in other similar or dissimilar cases, and in the interest of preserving party and judicial resources and expediting the resolution of this case, the government has agreed to provide Petitioner with a bond hearing; therefore

IT IS HEREBY STIPULATED AND AGREED by and between the parties, that:

1.      The government shall, within 14 days of the date of entry of the Court's so-ordering of this stipulation on the docket, provide Petitioner with an individualized bond hearing regarding dangerousness and flight risk before an impartial immigration judge pursuant to 8 C.F.R. § 1003.19 and Part 1236.

2.      Within 5 days of the bond hearing, the parties will submit a status update to the Court regarding what, if any, claims remain in this action and how the parties intend to proceed.

3.      The government has agreed to take this action based on the specific facts and circumstances presented in this matter, and nothing in this stipulation shall be construed as an admission of liability or wrongdoing by the government, or a concession of rights or arguments by the government or by the Petitioner; nor shall it be construed to require the government to provide similar bond hearings to any other noncitizen in similar or dissimilar circumstances, and this agreement shall in no way be used to undermine the government's litigation position in any other case.

Dated: July 20, 2025
        New York, New York

                                                JAY CLAYTON
                                                United States Attorney for the
                                                Southern District of New York
                                                *Attorney for Respondents*

                    By:     _MaryEllenBrennan_
                                                MARY ELLEN BRENNAN
                                                Assistant United States Attorney
                                                86 Chambers Street, Third Floor
                                                New York, New York 10007
                                                Tel.: (212) 637-2652
                                                E-mail: maryellen.brennan@usdoj.gov

Dated: July 20, 2025
        New York, New York

                                                CO-COUNSEL NYC
                                                *Attorneys for Petitioner*

                    By:     _Rebecca Press_
                                                REBECCA PRESS, ESQ.
                                                224 West 35th Street
                                                Suite 500, No. 269
                                                New York, New York 10001
                                                Tel.: 212-946-3737
                                                E-mail: rebecca@cocounsel.org

SO ORDERED:

_____
HON. ONA T. WANG            July 22, 2025
UNITED STATES MAGISTRATE JUDGE

2