MEMORANDUM ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELHADJ AMADOU DIALLO,

                    Petitioner,

-v-

PAUL ARTETA, *et al.*,

                    Respondents.

25 Civ. 5367 (GHW) (OTW)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Petitioner and the Respondents hereby stipulate to the dismissal of this action, without prejudice and without costs or fees to any party.

Dated: August 26, 2025
New York, New York

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Respondents*

By: /s/ Mary Ellen Brennan
MARY ELLEN BRENNAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2652
Email: maryellen.brennan@usdoj.gov

Dated: August 26, 2025
New York, New York

CO-COUNSEL NYC
*Attorney for the Petitioner*

By: /s/ Andrea A. Saenz
REBECCA PRESS
ANDREA A. SÁENZ
224 W. 35th Street, Suite 500
New York, New York 10001
Tel.: (718) 486-5287
Email: rebecca@cocounsel.org
       andrea@cocounsel.org

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii). The Clerk of Court is directed to close this case.

SO ORDERED.
Dated: August 26, 2025

                                              GREGORY H. WOODS
                                           United States District Judge